UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, JUDGE

|  |  |
|---|---|
| QUANTIFIED OPERATIONS LIMITED, WOBBLEWORKS (HK) LIMITED, : : : : Consolidated Plaintiffs, : : v. : : UNITED STATES, : : Defendant. : : | Consol. Court No. 22-00178 |

## ORDER

Upon consideration of the parties' Joint Status Report and good cause having been shown, it is hereby ORDERED that the summary judgment briefing schedule is amended as follows:

1. Government's response to Consolidated Plaintiff's motion for summary judgment and any cross-motions shall be filed no later than January 9, 2026;

2. Consolidated Plaintiffs' combined opposition/reply brief shall be filed no later than February 10, 2026; and

3. Government's reply brief shall be filed no later than March 3, 2026.

IT IS SO ORDERED.

_____
Judge

Dated: November __, 2025
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, JUDGE

| | |
|---|---|
| QUANTIFIED OPERATIONS LIMITED, WOBBLEWORKS (HK) LIMITED, | : : : : |
| Consolidated Plaintiffs, | : : |
| v. | : Consol. Court No. 22-00178 |
| UNITED STATES, | : : : |
| Defendant. | : : |

**JOINT STATUS REPORT AND PROPOSED REVISED SCHEDULING ORDER**

Pursuant to the Court's Notice dated November 13, 2025 (ECF No. 50), and in accordance with the Court's direction to submit proposed deadlines following the lifting of the stay, the parties respectfully submit this Joint Status Report and Proposed Scheduling Order.

The parties have conferred and jointly propose the following revised deadlines to govern the remainder of the summary judgment briefing schedule:

1. The Government's response brief and any cross-motions to Consolidated Plaintiffs' summary judgment motion filed on August 25, 2025, shall be filed no later than **January 9, 2026**;

2. The Consolidated Plaintiffs' combined opposition to the Government's cross-motion and reply in support of their motion shall be filed no later than **February 10, 2026**; and

3. The Government's reply in support of its cross-motion shall be filed no later than **March 3, 2026**.

The parties respectfully request that the Court adopt the proposed schedule.

Dated: November 19, 2025

Respectfully submitted,

<u>/s/ Alena A. Eckhardt</u>
Alena A. Eckhardt, Esq.
NAKACHI ECKHARDT & JACOBSON, P.C.
50 California Street, Suite 1500
San Francisco, CA 94105
(415) 498-0070
alena@tradelawcounsel.com
*Counsel for Plaintiffs*

And

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

<u>/s/ Justin R. Miller</u>
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

<u>/s/ Mathias Rabinovitch</u>
MATHIAS RABINOVITCH
Trial Attorney
Dept. of Justice, Civil Division
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. (212) 264-0484
*Attorneys for Defendant*